# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUNCIL FOR UROLOGICAL INTERESTS,**<br><br>Plaintiff,<br><br>v.<br><br>**KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services, and the UNITED STATES OF AMERICA,**<br><br>Defendants. | **Civil Action No.: 1:09-cv-00546 (BJR)** |

## JOINT MEET AND CONFER REPORT AND PROPOSED CASE PLAN

Pursuant to Fed.R.Civ.P. 16 and the Court's Standing Order, the parties have conferred and agree that this action for review on an administrative record likely can be resolved on motions for summary judgment. They accordingly hereby request entry of the following briefing schedule:

| | |
|---|---|
| Deadline for Defendants to file their answer and administrative record | May 18, 2012 |
| Deadline for Plaintiff to file its motion for summary judgment | June 29, 2012 |
| Deadline for Defendants to file their opposition and cross motion | August 3, 2012 |
| Deadline for Plaintiff to file a reply brief in support of its motion and opposition to Defendants' cross motion | August 17, 2012 |
| Deadline for Defendants to file their reply in support of their cross motion | August 31, 2012 |

DC:706039.4

Given the parties' disagreement about the merits of the regulation at issue in this case, Defendants do not believe that mediation or settlement discussions would be productive at this time.

| | |
|---|---|
| Dated: April 30, 2012 | Respectfully submitted, |
| FOR THE PLAINTIFF: | FOR THE DEFENDANTS: |
| */s/ Gordon A. Coffee* | */s/ Nicholas P. Cartier* |
| _____ | _____ |
| THOMAS L. MILLS | NICHOLAS P. CARTIER |
| GORDON A. COFFEE | U.S. DEPARTMENT OF JUSTICE |
| ERICA E. STAUFFER | 20 Massachusetts Avenue, NW |
| WINSTON & STRAWN LLP | Room 7224 |
| 1700 K Street, N.W. | Washington, DC 20001 |
| Washington, D.C. 20006 | (202) 616-8351 |
| Phone: (202) 282-5000 | |
| Facsimile: (202) 282-5100 | JACQUELINE E. COLEMAN SNEAD |
| | U.S. DEPARTMENT OF JUSTICE |
| *Attorneys for Plaintiff* | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, NW |
| | Washington, DC 20001 |
| | (202) 514-3418 |
| | Fax: (202) 616-8470 |
| | |
| | *Attorneys for Defendants* |