IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

COUNCIL FOR UROLOGICAL INTERESTS,   )
                                    )
            Plaintiff,              )
                                    )
        v.                          )   Civil Action No. 09-cv-546 (BJR)
                                    )
KATHLEEN SEBELIUS, in her official capacity )
as Secretary, United States Department of Health )
and Human Services,                 )
                                    )
            Defendant.               )
_____)

## NOTICE OF FILING

Please take notice that the Defendant is filing the administrative record for the Secretary's final rule challenged by Plaintiff in this case. Pursuant to Local Rule 5.4(e)(1), and as requested by the Clerk's Office, Defendant is filing the administrative record via compact disc.

Dated: May 18, 2012                 Respectfully submitted,

                                    TONY WEST
                                    Assistant Attorney General

                                    RONALD C. MACHEN, JR.
                                    United States Attorney

                                    SHEILA M. LIEBER
                                    Deputy Director, Federal Programs Branch

                                              /s/
                                    _____
                                    Nicholas Cartier (D.C. Bar Number 495850)
                                    Trial Attorney, Civil Division,
                                    United States Department of Justice
                                    20 Massachusetts Ave., N.W., Room 7224
                                    Washington, D.C. 20539
                                    Tel: (202) 616-8351; Fax: (888) 368-9662
                                    Email: nicholas.cartier@usdoj.gov

                                    *Attorneys for Defendant.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2012, a copy of the foregoing was filed electronically via the Court's ECF system, through which a notice of filing will be sent to all counsel of record.

/s/  Nicholas Cartier
NICHOLAS CARTIER